758 A.2d 166

**In the Interest of R.H.**

**Petition of R.H.**

Supreme Court of Pennsylvania.

Aug. 11, 2000.

## ORDER

PER CURIAM:

**AND NOW**, this 11th day of August, 2000, the Petition for Allowance of Appeal is GRANTED to consider the following issues:

1) Whether a juvenile's confession should be suppressed where a school police officer, authorized to exercise the same powers while on school property as the municipal police, interrogates the juvenile without advising the juvenile of his *Miranda* rights?

2) Whether a juvenile's confession should be suppressed where a school police officer, authorized to exercise the same powers while on school property as the municipal

police, interrogates the juvenile without informing him that he has a right to confer with counsel, or with an interested and informed parent or adult?